**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIBIN YANG,<br><br>          Petitioner,<br><br>      v.<br><br>WARDEN, ETC., ET AL.,<br><br>          Respondents. | Case No. 5:26-cv-02351-FWS-E<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS |

On May 4, 2026, Petitioner, a detainee of Immigration and Customs Enforcement ("ICE"), filed a "Petition for Writ of Habeas Corpus, etc." ("the Petition").  According to the Petition, Petitioner is a native and citizen of the People's Republic of China who was released from ICE custody on supervision in May of 2024, but re-detained in violation of Petitioner's due process rights on March 21, 2026.  The Petition seeks, <u>inter alia</u>, Petitioner's immediate release from detention on the conditions of supervision existing prior to the March 21, 2026 re-detention and an injunction against any further re-detention absent prior notice and a pre-deprivation bond hearing.

On May 12, 2026, Respondents filed "Federal Respondents' Answer to Petition for Writ of Habeas Corpus" ("the Answer").  The Answer states:  "Respondents are not presenting an opposition argument at this time."  Petitioner filed a Reply on May 12, 2026.

Based on the factual allegations in the Petition, and in view of Respondent's failure to oppose the Petition, the Court finds that Petitioner's March 21, 2026 re-detention violated Petitioner's due process rights.  Therefore, it is ordered that Judgment be entered: (1) requiring Respondents to release Petitioner from detention immediately on the same conditions of supervision existing prior to Petitioner's March 21, 2026 re-detention; and (2) enjoining Respondents from any further re-detention of Petitioner absent at least seven (7) days prior notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk.

Dated: May 14, 2026.

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

PRESENTED this 13th day
of May, 2026, by:


_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

2