JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIBIN YANG,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN, ETC., ET AL.,<br><br>          Respondents. | Case No. 5:26-cv-02351-FWS-E<br><br>JUDGMENT |

Pursuant to the "Order Granting Petition for Writ of Habeas Corpus," it is adjudged that: (1) Respondents must release Petitioner from detention immediately, on the same conditions of supervision existing prior to Petitioner's March 21, 2026 re-detention; and (2) Respondents are enjoined from any further re-detention of Petitioner, absent at least seven (7) days prior notice and a pre-detention hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk.

DATED: May 14, 2026.

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE